# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

 CONSUMER WATCHDOG   v.   WISCONSIN ALUMNI RESEARCH 

No. 13-1377

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one)
 ____ Pro Se  _X_ As counsel for:  Consumer Watchdog 
              Name of party

I am, or the party I represent is (select one):
 ____ Petitioner  ____ Respondent  ____ Amicus Curiae  ____ Cross-Appellant
 _X_ Appellant   ____ Appellee    ____ Intervenor

As amicus curiae or intervenor, this party support (select one):
 ____ Petitioner or appellant    ____ Respondent or appellee

My address and telephone are:
 Name:              Daniel B. Ravicher
 Law firm:          Public Patent Foundation
 Address:           1375 Broadway, Suite 600
 City, State and ZIP: New York, NY 10018
 Telephone:         (212) 545-5337
 Fax #:             (212) 591-6038
 E-mail address:    ravicher@pubpat.org

Statement to be completed by counsel only (select one):
 _X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
 ____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
 ____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  September 26, 2002 

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
 ____ Yes  _X_ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

 May 15, 2013            /s/ Daniel B. Ravicher 
    Date               Signature of pro se or counsel

cc: Kathryn Doyle, Esq.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 15, 2013  by:

   __X__ US mail
   ____ Fax
   ____ Hand
   ____ Electronic Means
       (by emai or CM/ECF)

 Daniel B. Ravicher            /s/ Daniel B. Ravicher 
    Name of counsel              Signature of counsel

Law firm  Public Patent Foundation 

Address  1375 Broadway, Suite 600 

City, State, ZIP  New York, NY 10018 

Telephone  (212) 545-5337 

Fax #  (212) 591-6038 

E-mail address  ravicher@pubpat.org